Anthony L. Hall, Esq.
Nevada Bar No. 5977
Deanna C. Brinkerhoff, Esq.
Nevada Bar No. 11066
HOLLAND & HART LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, Nevada 89134
(702) 669-4600
(702) 669-4650 – fax
ahall@hollandhart.com
dcbrinkerhoff@hollandhart.com
*Attorneys for Defendants*

# THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| LESLIE MCDONALD-FLEETWOOD, an individual,<br><br>Plaintiff,<br><br>v.<br><br>ANB GROUP, LLC, TODD BEETEN, an individual; CHAD BEETEN, an individual; DOES I through X; and ROE Corporations I through X, inclusive,<br><br>Defendants. | Case No. : 2:12-cv-00311-JCM-PAL<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

## STIPULATION

Plaintiff Leslie McDonald-Fleetwood ("Plaintiff") and Defendants ANB Group, LLC, Todd Beeten, and Chad Beeten (collectively, "Defendants"), by and through their respective counsel of record, hereby agree and stipulate that all claims by Plaintiff against Defendants that were or could

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

- 1 -

have been asserted in this matter shall be dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

Dated this 17 day of May, 2012.               Dated this 17 day of May, 2012.

By: _____                    By: _____
Christian Gabroy, Esq.                          Anthony L. Hall, Esq.
Nevada Bar No. 8805                             Nevada Bar No. 5977
170 South Green Valley Pkwy., Suite 280         Deanna C. Brinkerhoff, Esq.
Henderson, Nevada 89012                         Nevada Bar No. 11066
Telephone: 702-259-7777                         9555 Hillwood Drive, 2nd Floor
Facsimile: 702-259-7704                         Las Vegas, Nevada 89134
                                                Telephone: 702-669-4600
*Attorneys for Plaintiff*                       Facsimile: 702-669-4650

                                                *Attorneys for Defendants*

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED: May 18, 2012

5549334_1